MARY E. PELLETIER, Respondent, *v.* JAMES L. GRAHAM et al., Doing Business under the Firm Name of GRAHAM, TAYLOR & COMPANY, Appellants.

*Pelletier* v. *Graham*, 148 App. Div. 907, affirmed.
(Argued December 11, 1913; decided December 30, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered

November 17, 1911, reversing a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term and granting a new trial in an action to recover certain shares of stock alleged to have been purchased by the defendants for the plaintiff but not delivered.

*George B. Wellington* for appellants.

*Ransom H. Gillet* for respondent.

Order affirmed and judgment absolute ordered against appellants on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., WERNER, HISCOCK, CHASE, COLLIN, CUDDEBACK and HOGAN, JJ.